

DEC 0 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:07-CR-00156-07 |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| DWAYNE PERRY, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Probation on December 6, 2007.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: Dec 6, 2007

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1